

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00284-CV

Sandra Karena **ELIZONDO**,
Appellant

v.

Lee **REYNA**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVA000344D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED August 27, 2025.

_____
Lori I. Valenzuela, Justice